IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JONATHAN JOY,

    Plaintiff,

VS.                                                                      No. 24-1232-STA-jay

HARDEMAN COUNTY,
et al.,

    Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE FOR PARTIAL DISMISSAL
AND
DIRECTING SERVICE OF PROCESS ON DUE PROCESS CLAIM
FOR DEFENDANTS HARDEMAN COUNTY, TENNESSEE, AND EUNICE GUDGER

Before the Court is the United States Magistrate Judge's report and recommendation that Plaintiff's claims under the Sixth Amendment be dismissed, that Hardeman County Sheriff's Department, Hardeman County Clerk's Office, and Vincent Hunt, Hardeman County Sheriff's Department Deputy, be dismissed as defendants, and that supplemental jurisdiction not be exercised over Plaintiff's state law negligence claim. The Magistrate Judge also recommended that Plaintiff's due process claim against Hardeman County, Tennessee, and Eunice Gudger, the Hardeman County Circuit Court Clerk, proceed. (ECF No. 7.) Plaintiff has filed a statement that he does not object to the Magistrate Judge's Report. (ECF No. 8.)

When a party objects within the allotted time, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b) (1); *see also* Fed. R. Civ. P. 72(b). However, the

Court need not review those aspects of the report and recommendation to which no specific objection is made, as in the present case, and may adopt the findings and rulings of the magistrate judge without further analysis. *Thomas v. Arn*, 474 U.S. 140, 150, 155 (1985).

Having reviewed the Magistrate Judge's Report and Recommendation and the entire record of the proceedings, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. The Clerk of the Court is **DIRECTED** to terminate Hardeman County Sheriff's Department, Hardeman County Clerk's Office, and Vincent Hunt, Hardeman County Sheriff's Department Deputy, as defendants.

Because Plaintiff's due process claim satisfies the screening standard under 28 U.S.C. § 1915(e)(2)(B)(ii), the Clerk is **DIRECTED** to issue process for the due process claim against Hardeman County, Tennessee, and Eunice Gudger, the Hardeman County Circuit Court Clerk and deliver that process to the U.S. Marshal for service along with a copy of the complaint, the report and recommendation, and this order. Service shall be made on Defendants pursuant to Federal Rule of Civil Procedure 4(c)(3) with all costs of service to be advanced by the United States.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 30, 2025