**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JONATHAN JOY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **No. 24-cv-1232-STA-jay** |
| | ) | |
| **HARDEMAN COUNTY, TENNESSEE and EUNICE MINTER GUDGER, Individually and in her Official Capacity as Hardeman County Circuit Court Clerk,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR PRE-FILING RESTRICTIONS AND PROSPECTIVE IN FORMA PAUPERIS BAR**

Before the Court is Defendants Hardeman County, Tennessee, and Eunice Gudger's Motion for Narrowly Tailored Pre-Filing Restrictions and Prospective Revocation of *In Forma Pauperis* Privileges. (ECF No. 58.) Plaintiff has not responded to the motion, and the requisite time has passed. Having reviewed the Motion, the record in this action, and Plaintiff Jonathan Joy's litigation history in this District—including *Joy v. Hardeman County, Tennessee et al.*, No. 1:21-cv-01186-JDB-jay; *Joy v. Burchyett et al.*, No. 1:21-cv-01190-STA-jay; *Joy v. McKenzie et al.*, No. 1:24-cv-01066-STA-jay; and the instant case, No. 1:24-cv-01232-STA-jay—the Court finds that the Motion is well-taken and should be **GRANTED**.

Pursuant to 28 U.S.C. § 1651(a), 28 U.S.C. § 1915(a), and the Court's inherent authority to protect the integrity of its docket (*see Feathers v. Chevron U.S.A., Inc.*, 141 F.3d 264, 269 (6th

Cir. 1998); *Tropf v. Fidelity Nat'l Title Ins. Co.*, 289 F.3d 929, 940–41 (6th Cir. 2002); *Reneer v. Sewell*, 975 F.2d 258, 260–61 (6th Cir. 1992)), IT IS HEREBY ORDERED that:

1. **Pre-Filing Leave Requirement:** Plaintiff Jonathan Joy is ENJOINED AND RESTRAINED from filing any new civil action, complaint, petition, or removed proceeding in the United States District Court for the Western District of Tennessee against Hardeman County, Tennessee, any of its departments or offices (including the Hardeman County Sheriff's Department and the Hardeman County Circuit Court Clerk's Office), or any of its current or former officials, employees, or agents—or any civil action arising out of or relating to arrests, warrants, criminal charges, detention, Court proceedings, or State-Court records in Hardeman County, Tennessee—unless he first obtains prior written leave from the presiding United States District Judge.

2. **Mandatory Pre-Filing Certification:** To seek leave to file any action covered by Paragraph 1, Plaintiff must submit a "Motion Pursuant to Court Order Seeking Leave to File" accompanied by:

   - a. A copy of the proposed complaint;
   - b. A copy of this Order; and
   - c. A sworn declaration or notarized affidavit under 28 U.S.C. § 1746 certifying under penalty of perjury that: (i) the claims asserted have never been raised or disposed of in any prior Federal or State Court action; (ii) the claims are not barred by res judicata or collateral estoppel; and (iii) the claims are not frivolous, malicious, or brought in bad faith.

3. **Prospective Revocation of *In Forma Pauperis* Status:** Because Plaintiff has abused the privilege of proceeding *in forma pauperis* through repetitive frivilous litigation

against these parties, Plaintiff is **BARRED** from proceeding *in forma pauperis* under 28 U.S.C. § 1915(a) in any future civil action covered by Paragraph 1 of this Order unless he demonstrates that he is under imminent danger of serious physical injury. Any proposed filing covered by Paragraph 1 must be accompanied by full payment of the Court's statutory civil filing and administrative fees.

4. **Directive to the Clerk of Court:** The Clerk of Court is DIRECTED not to accept for docketing, and not to issue summonses in, any new civil complaint or initiating document submitted by Jonathan Joy that falls within Paragraph 1 unless it is accompanied by full payment of the filing fee and a signed Order from a District Judge granting leave to file.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: November 10, 2026